ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 JAN 13 PM 2:25

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| DESI LEE HYMAN JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 314-135 |
| ) | |
| SAM ZANDERS, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 5.) In response to the Report and Recommendation, Plaintiff has requested leave for 90-180 days to obtain an attorney, leave to prepay the filing fee, and for the Court to forward the case information to an attorney. Under Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002), a prisoner must file a new lawsuit if he wishes to prepay the filing fee. Plaintiff's requests as to an attorney are also meritless as the Court has already determined that Plaintiff is not entitled to proceed in this civil action unless he is in imminent danger of serious physical injury. Thus, Plaintiff's objections are **OVERRULED**. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's request to proceed *in forma pauperis* (doc. no. 2), **DENIES AS MOOT**

Plaintiff's motion for leave to obtain an attorney (doc. no. 5), and **DISMISSES** this action without prejudice.

SO ORDERED this 13th day of January, 2015, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE